LEW MORRIS et al., Respondents, *v.* JULIUS HOFFMAN et al., Appellants.

Argued November 12, 1947; decided November 21, 1947.

*Seymour C. Simon* for appellants.

*Henry Cohen* and *George J. Rudnick* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.